1  COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
2  Name: Chavez Sol JR   Salvador   Rolando
       (Last)                (First)              (Middle Initial)
3  SF #513680
4  Prisoner Number: JAL# 196060560
5  Institutional Address: ONE MORELAND DR   CJ#5 4B#9
6  San BRUNO Ca 94060

8              UNITED STATES DISTRICT COURT
9            NORTHERN DISTRICT OF CALIFORNIA
10 Salvador Rolando Chavez Sol JR
   (Enter your full name.)

   CV20  1901

12                vs.                    Case No. _____
                                         (Provided by the clerk upon filing)
13 San francisco County
   Jail facility                         COMPLAINT UNDER THE
14                                       CIVIL RIGHTS ACT,
                                         42 U.S.C. § 1983
15 (Enter the full name(s) of the defendant(s) in this action.)

FILED
MAR 18 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

17 **I. Exhaustion of Administrative Remedies.**

18 *Note:* You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.

20 A.  Place of present confinement  San francisco County Jail system
21 B.  Is there a grievance procedure in this institution?  YES ☒   NO ☐
22 C.  If so, did you present the facts in your complaint for review through the grievance
23     procedure?    YES ☑    NO ☒ → g.c
24 D.  If your answer is YES, list the appeal number and the date and result of the appeal at each
25     level of review. If you did not pursue any available level of appeal, explain why.
26         1. Informal appeal: Best ever mental health wrong
27  Medication Letter OK!? County Jail stated
28  they have a sex tape of my Daughter!
    Not being me my Right medication
PRISONER COMPLAINT (rev. 8/2015)   with faith    there
Page 1 of 3
Not Hearing my case is
Thinking that it is funny And
Not Real

2. First formal level: ON 12-03-19 They County Jail Stated they had a Sex TYPE of my Daughter.

3. Second formal level: Meindication Giving to me that Causes effects to my Heart And Stomach bowel movement

4. Third formal level: Placing me in the wrong pod for their own gain!

E. Is the last level to which you appealed the highest level of appeal available to you?

    YES ☐    NO ☒

F. If you did not present your claim for review through the grievance procedure, explain why.
I did there not hearing it!

## II. Parties.

A. Write your name and present address. Do the same for additional plaintiffs, if any.
IM Star 1449 CJ#5
Star 2405

B. For each defendant, provide full name, official position and place of employment.
All the Grievance's are on the Deputy 1 At SF County Jail @ 50 Bryant St) And San Bruno

PRISONER COMPLAINT (rev. 8/2015)
Page 2 of 3

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

I believe that the Deputy's were at the scene of the crime same thing that is happened at phat Chance is Happened here in Jail. Also Deputy's Claim they have see Type of my family. Also been Giving the Wrong meds that cause heart attack And had heart attack by Bowel movement. Also Been placed in the Wrong pod. Due to the gain of the Deputy's that they have been sued By on this matter And I have Many more Grievances

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes. I want the County to back off Causing me Mental health Distress. Seeking to Sue Then for Money lose my Mother to a from Case on a D.V Case. Gloria A Sol R.i.P

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 2-3-20

Date                    Signature of Plaintiff

PRISONER COMPLAINT (rev. 8/2015)
Page 3 of 3

I also want my rights to be heared in the State of American. There should be No Alien over me. In the United State of American.!!! $$$ I want all my Bill of Rights to be heared and pushed in the Name of Salvador Rolando Chavez Sol J.R 551 49 6336 07-17-1977 Age 43. 8 Amd 2 to be heared in the utmost Respect I Feel That I've been used by Escorcisms to kill other people throught my body and gain nothing from it just curses put on me. This is were I want my Amendment 8 U.S citizens are protected from cruel and unusual punishment and would like to get pay for all my Real Kills and I want Amendment 2 to be heared U.S citizens have the right to keep and bear arm. or own guns Due to touch war, suck dick war And ass war. That is being pushed By the people that have been speaking throught my body. there is Not Reason for punishment Cruel and unusual punishment Due to the killings and crimes if I not getting payed for them. my body being used to commeat these crimes

02-4-20