United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

SALVADOR ROLAND CHAVEZ SOL,

    Plaintiff,

v.

SAN FRANCISCO COUNTY JAIL FACILITY,

    Defendant.

Case No. 20-01901 BLF (PR)

**JUDGMENT**

    The Court has dismissed the amended complaint for failure to state a claim upon which relief may be granted.  Judgment is entered accordingly.

    **IT IS SO ORDERED.**

Dated:  _September 30, 2020_____

                          BETH LABSON FREEMAN
                           United States District Judge

Judgment
PRO-SE\BLF\CR.20\01901Chavez-Sol_judgment