UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR ROLAND CHAVEZ SOL,<br>Plaintiff,<br>v.<br>SAN FRANCISCO COUNTY JAIL FACILITY,<br>Defendant. | Case No. 20-01901 BLF (PR)<br><br>**ORDER STRIKING RECENT FILINGS**<br><br>(Docket No. 20) |

Plaintiff, a detainee at the San Francisco County Jail, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Dkt. No. 1. On September 30, 2020, the Court conducted an initial screening of Plaintiff's amended complaint, Dkt. No. 7, and dismissed it for failure to state a claim for relief. Dkt. No. 12. Judgment was entered the same day. Dkt. No. 13. On December 14, 2020, the Court denied Plaintiff's motion for reconsideration and advised him that he may appeal the matter to the Ninth Circuit. Dkt. No. 19.

On December 23, 2020, Plaintiff filed additional papers, including a "second package" which appears to be an attempt to supplement his amended complaint. Dkt. No. 20. As discussed above, this matter has been dismissed for failure to state a claim for

relief, and the motion for reconsideration has been denied. Dkt. Nos. 12, 19. Accordingly, the Court will not accept these additional filings. The Clerk shall strike them from the docket.

There being no further relief available to him from this Court, Plaintiff may appeal this matter to the Ninth Circuit. No further filings shall be accepted in this matter.

**IT IS SO ORDERED.**

**Dated:  _December 30, 2020_____**

BETH LABSON FREEMAN
United States District Judge

Order Striking Recent Filings
PRO-SE\BLF\CR.20\01901Chavez-Sol_striking.compl

2